RECEIVED
USDA Office of Administrative Law Judges
2022 MAY 26 PM 4:11

Mike Griffin, Donna Ward, 5/26/2018

This is notifacation that, though I am grateful for the opprotunity to interview for the Lumber Yard Team Lead position I am withdrawing my name as a candidate. I have given it much thought since the interview and I feel that if I were chosen, the cost would outwiegh the gain. Friendships are more important to me then a promotion. With that being said I again would like to say thank you and I will continue to give 100% working the sales floor.

Respectfully,
Art Wittner